IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE CURRY,

    Plaintiff,

vs.

KAISER FOUNDATION HOSPITALS;
CNA (CALIFORNIA NURSES ASSOCIATION),

    Defendants.

No. CIV S-10-2592 JAM EFB PS

ORDER

On June 7, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.  In fact, the court notes that plaintiff already filed an amended complaint on June 20, 2011 in accordance with the findings and recommendations, and that defendant The Permanente Medical Group, Inc. ("TPMG") filed an answer thereto on July 8, 2011.  Dckt. Nos. 35, 36.

Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed June 7, 2011, are ADOPTED;

2. Defendant CNA's motion for summary judgment, Dckt. No. 28, is granted;

3. Defendant TPMG's motion to dismiss, Dckt. No. 12, is granted;

4. Plaintiff's claims against TPMG for wrongful termination in breach of the collective bargaining agreement, breach of the implied covenant of good faith and fair dealing, and breach of contract based on TPMG's math policy are dismissed without leave to amend;

5. Plaintiff's claims against TPMG for wrongful termination in violation of public policy and racial discrimination are dismissed with leave to amend; and

6. Defendant TPMG's motion for a more definite statement, Dckt. No. 12, is denied.

DATED: August 12, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE